## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7140

WRITER'S EMAIL ADDRESS
marcgreenwald@quinnemanuel.com

March 5, 2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Rupnow, et al., v. E*TRADE Securities, LLC*, 1:19-cv-10942-VSB

Dear Judge Broderick:

We represent Defendant E*TRADE Securities, LLC in the above-captioned action. We write pursuant to Rule 4(J) of Your Honor's Individual Rules and Practices to respectfully request that the Court hear oral argument on Defendant's Motion to Dismiss the Complaint.

Respectfully submitted,


 */s/ Marc L. Greenwald*
Marc L. Greenwald


cc:  All Counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART