UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
JOSHUA RUPNOW, PETER SZOSTAK, :
*individually and on behalf of and all others* :
*similarly situated*, :
: 19-CV-10942 (VSB)
Plaintiffs, :
: **ORDER**
-against- :
E*TRADE SECURITIES LLC, :
:
Defendant. :
:
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020

VERNON S. BRODERICK, United States District Judge:

On March 5, 2020, Defendant filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) the Securities Litigation Uniform Standards Act of 1998. (Doc. 12.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiffs shall file any amended complaint by March 26, 2020. It is unlikely that Plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiffs shall serve any opposition to the motion to dismiss by April 4, 2020. Defendant's reply, if any, shall be served by April 18, 2020. At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: March 9, 2020
New York, New York

Vernon S. Broderick
United States District Judge