UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                             :
JOSHUA RUPNOW et al.,          :    19cv10942 (DLC)
                             :
                Plaintiffs, :      ORDER
         -v-              :
                             :
E*TRADE SECURITIES LLC,     :
                             :
               Defendant.  :
                           :
-------------------------------------X

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes.  On August 3, 2022, the above captioned case was referred to Magistrate Judge James L. Cott for general pretrial and specific non-dispositive motion/dispute purposes.  It is hereby

    ORDERED that the general pretrial referral is vacated.

    SO ORDERED:

Dated:    New York, New York
        August 23, 2022

                                     DENISE COTE
                United States District Judge