```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
JOSHUA RUPNOW et al.,                  :   19cv10942 (DLC)
                                       :
                          Plaintiffs,  :      ORDER
          -v-                          :
                                       :
E*TRADE SECURITIES LLC,                :
                                       :
                          Defendant.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On August 3, 2022, the above captioned case was referred to Magistrate Judge James L. Cott for general pretrial and specific non-dispositive motion/dispute purposes. It is hereby

ORDERED that the specific non-dispositive motion/dispute referral is vacated.

Dated:   New York, New York
         August 24, 2022

                                   _____
                                            DENISE COTE
                                   United States District Judge