```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   19cv10942 (DLC)
JOSHUA RUPNOW, PETER SZOSTACK, and all    :
others similarly situated,                :   ORDER
                                          :
                        Plaintiffs,       :
            -v-                           :
                                          :
E*TRADE SECURITIES LLC,                   :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received on August 24, 2022 the parties' consent letter motion requesting an adjournment, it is hereby

ORDERED that the pretrial conference is adjourned until **September 2, 2022** at **11:00 A.M.**

Dated:  New York, New York
        August 24, 2022

_____
DENISE COTE
United States District Judge