```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    19cv10942 (DLC)
JOSHUA RUPNOW, PETER SZOSTACK, and all    :
others similarly situated,                :    ORDER
                                          :
                    Plaintiffs,           :
         -v-                              :
                                          :
E*TRADE SECURITIES LLC,                   :
                    Defendant.            :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On July 22, 2022, the defendant moved for judgment on the pleadings. The motion was fully submitted on August 31. Accordingly, it is hereby

ORDERED that for the reasons stated on the record at the pretrial conference on September 2, 2022, the defendant's motion for judgment on the pleadings is granted.

IT IS FURTHER ORDERED that the parties shall by **September 23, 2022**, either jointly or separately, file a letter no longer than two pages either proposing a schedule for this action or requesting a pretrial conference.

Dated:   New York, New York
         September 2, 2022

                                         _____
                                              DENISE COTE
                                         United States District Judge