```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   19cv10942 (DLC)
JOSHUA RUPNOW, PETER SZOSTACK, and all   :
others similarly situated,               :   ORDER
                                         :
                      Plaintiffs,        :
         -v-                             :
                                         :
E*TRADE SECURITIES LLC,                  :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 23, 2022, the parties separately filed letters including proposed case management schedules. It is hereby

ORDERED that all fact discovery must be completed by **February 24, 2023.**

IT IS FURTHER ORDERED that the plaintiffs shall move for class certification by **March 10, 2023.** The defendant shall file any opposition by **April 7, 2023.** The plaintiffs' reply, if any, shall be filed by **April 28, 2023.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that any remaining expert discovery and summary judgment practice shall follow the decision on the motion for class certification.

Dated:    New York, New York
          September 26, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge