```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :   19cv10942 (DLC)
JOSHUA RUPNOW, PETER SZOSTACK, and all    :
others similarly situated,                :   ORDER
                                          :
                         Plaintiffs,      :
           -v-                            :
                                          :
E*TRADE SECURITIES LLC,                   :
                         Defendant.       :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

On March 27, 2023, the parties requested an additional stay of this action through April 21, 2023. It is hereby

ORDERED that discovery is stayed through **April 21, 2023.**

IT IS FURTHER ORDERED that in the event that a motion for preliminary approval of the parties' settlement is not filed by April 21, 2023, the following schedule shall govern the motion for class certification:

- Fact discovery must be completed by **May 5, 2023**
- The plaintiffs shall move for class certification by **May 19, 2023.** The defendant shall file any opposition by **June 16, 2023.** The plaintiffs' reply, if any, shall be filed by **July 7, 2023.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that any remaining expert discovery and summary judgment practice shall follow the decision on the motion for class certification.

Dated:     New York, New York
           March 27, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge