```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv10942 (DLC)
JOSHUA RUPNOW, PETER SZOSTACK, and all   :
others similarly situated,               :         ORDER
                                         :
                     Plaintiffs,         :
          -v-                            :
                                         :
E*TRADE SECURITIES LLC,                  :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 22, 2023, the plaintiffs filed an unopposed motion for preliminary approval of the proposed class settlement, class certification for settlement purposes, and other relief. It is hereby

ORDERED that a telephone conference is scheduled for **April 26, 2023** at **3:30 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:      888-363-4749
    Access Code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
           April 24, 2023

                                            DENISE COTE
                              United States District Judge