```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    19cv10942 (DLC)
JOSHUA RUPNOW, PETER SZOSTACK, and all   :
others similarly situated,               :       ORDER
                                         :
                Plaintiffs,              :
          -v-                            :
                                         :
E*TRADE SECURITIES LLC,                  :
                Defendant.               :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the April 26, 2023 telephone conference is rescheduled to **April 28, 2023** at **2:30 P.M.**  The parties shall use the following dial-in credentials for the telephone conference:

```
        Dial-in:        888-363-4749
        Access Code:    4324948
```

The parties shall use a landline if one is available.

Dated:  New York, New York
        April 26, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge