UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   19cv10942 (DLC)
JOSHUA RUPNOW, PETER SZOSTACK, and all   :
others similarly situated,               :   ORDER
                                         :
                        Plaintiffs,      :
         -v-                             :
                                         :
E*TRADE SECURITIES LLC,                  :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

For the reasons stated on the record at the April 28, 2023 conference, it is hereby

ORDERED that the plaintiffs shall submit revised papers by **May 15, 2023.**

Dated:    New York, New York
          April 28, 2023

                                   _____
                                         DENISE COTE
                                   United States District Judge