```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    19cv10942 (DLC)
JOSHUA RUPNOW, PETER SZOSTACK, and all   :
others similarly situated,               :         ORDER
                                         :
                Plaintiffs,              :
           -v-                           :
                                         :
E*TRADE SECURITIES LLC,                  :
                Defendant.               :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 16, 2023, the plaintiffs moved for approval of the parties' proposed claim form to effectuate notice of the class settlement to class members. The plaintiffs submitted a long-form claim form and a postcard claim form.

The class settlement in this action creates two tiers of relief for class members: Tier 1 and Tier 2. A class member may only file a claim under one tier, not both. A class member's eligibility for relief under each tier depends on which of the defendant's platforms the class member used during the class period. Neither claim form submitted for approval explains how a class member can determine which tier of relief the class member is eligible for. It is hereby

ORDERED that by **June 26, 2023,** the plaintiffs shall revise both the long-form claim form and the postcard claim form with prominent language informing class members of the difference

between the tiers or where they can find an explanation for that difference.

Dated:   New York, New York
         June 21, 2023

```
                    _____
                           DENISE COTE
                   United States District Judge
```