UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA RUPNOW, PETER SZOSTAK, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-10942-DLC<br><br>CLASS ACTION |

## NOTICE OF MOTIONS FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, FOR APPROVAL OF CLASS COUNSEL FEE AND EXPENSE AWARDS, AND FOR OTHER RELIEF

PLEASE TAKE NOTICE that upon the accompanying memoranda of law, supporting declarations, and any other arguments or materials that the Court may consider before this motion is taken under submission, Class Representatives Peter Szostak and Joshua Rupnow, by their counsel, will move this Court, before the Honorable Denise L. Cote, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, on October 6, 2023 at 2:00 p.m., or at an alternative date and time to be set by the Court, for an order granting Plaintiffs' Motion for Final Approval of the Proposed Class Action Settlement, For Approval of Class Counsel Fee and Expense Awards, and for Other Relief, and entering a form of final approval order to be submitted in connection therewith which, among other relief, (1) grants final approval of the proposed Settlement; (2) approves the requested Class Counsel fee and expense awards; (3) approves the requested reasonable service/incentive awards for the two Class Representatives; (4) grants additional relief as requested by the Class Plaintiffs and Class Counsel; and (5) also granting all such other and further relief as this Court may deem just and proper.

Dated: July 31, 2023

Respectfully submitted,

*/s/ Kent A. Bronson*

**BRONSON LEGAL LLC**
Kent A. Bronson
161 Madison Square West, 11th Fl.
New York, NY 10010
Telephone: (609)276-0406
Facsimile: (609)228-4997
bronsonlegalny@gmail.com

Mitchell Breit
mbreit@milberg.com
Tyler Litke
tlitke@milberg.com
100 Garden City Plaza
Garden City, New York 11530
Telephone 866.252.0878
Facsimile: (212) 868-1229

*Counsel for Plaintiffs and the Settlement Class*

**SILVER LAW GROUP**
Scott Silver
ssilver@silverlaw.com
11780 West Sample Road
Coral Springs, Florida 33065
Telephone: (954) 755-4799
Facsimile: (954) 755-4684

*Additional Counsel for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I, Kent A. Bronson, hereby certify that on July 31, 2023, I electronically filed the foregoing Notice of Motions and accompanying documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
> Marc L. Greenwald
> Leigha Empson
> Samuel Donohue (admitted *phv*)
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> Telephone: (212) 849-7000
> Facsimile: (212) 849-7100
> marcgreenwald@quinnemanuel.com
> leighaempson@quinnemanuel.com
> samueldonohue@quinnemanuel.com
>
> *Attorneys for E*TRADE*