UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA RUPNOW, PETER SZOSTAK, and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES, LLC,<br>　　　　　　　　　Defendant. | Civil Action No. 1:19-cv-10942-DLC<br><br>CLASS ACTION |

**ORDER APPROVING
PLAN OF ALLOCATION OF NET SETTLEMENT FUND**

This matter came on for hearing on October 6, 2023 (the "Final Approval Hearing") on Lead Plaintiff's motion to determine whether the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement achieved in the above-captioned securities class action (the "Action") should be approved. The Court having considered all matters submitted to it at the Final Approval Hearing and otherwise; and it appearing that notice of the Settlement advising Class members of the location, date and time of the Final Approval Hearing substantially in the form approved by the Court was emailed and/or mailed to all Settlement Class Members who could be identified with reasonable effort, as well as published by the Settlement Administrator on the website devoted to this proposed Settlement; and the Court having considered and determined the fairness and reasonableness of the proposed Plan of Allocation;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated April 21, 2023 (the "Settlement Agreement"), and all capitalized terms not otherwise defined in this Order shall have the same meaning as they have in the Settlement Agreement.

2. The Court has jurisdiction to enter this Order and over the subject matter of the

Action and all Parties to the Action, including all Settlement Class Members.

3. Notice of Lead Plaintiff's request for approval of the proposed Plan of Allocation was given to all Settlement Class Members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), and all other applicable law and rules; and constituted due and sufficient notice to all persons and entities entitled thereto.

4. Over 35,000 copies of the Notice, which included the proposed Plan of Allocation and/or directed Settlement Class Members where to find the proposed Plan of Allocation, were emailed and/or mailed to potential Settlement Class Members and nominees, and there were no objections to the Plan of Allocation.

5. The Court hereby finds and concludes that the formula for the calculation of the Claims of Claimants as set forth in the Plan of Allocation provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members with due consideration having been given to administrative convenience and necessity.

6. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class. Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiff.

7. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

SO ORDERED this ___ day of __October__, 2023.

_____
DENISE COTE
United States District Judge

2