UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv10942 (DLC)
JOSHUA RUPNOW, PETER SZOSTACK, and all   :
others similarly situated,               :         ORDER
                                         :
                         Plaintiffs,     :
         -v-                             :
                                         :
E*TRADE SECURITIES LLC,                  :
                         Defendant.      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    The Court has received a letter, dated October 7, 2025, from a potential class member, Joel S. Sternberg, regarding his attempts to contact the Settlement Administrator and class counsel.  A copy of the letter is being provided to class counsel.  It is hereby

    ORDERED that class counsel shall advise Mr. Sternberg, no later than **October 27, 2025**, as to the status of his claim and how to contact the Settlement Administrator, and advise the Court in writing that they have done so.

    IT IS FURTHER ORDERED that class counsel shall provide a copy of this Order to Mr. Sternberg at the address provided in his letter.

Dated:    New York, New York
          October 20, 2025

                                              _____
                                                    DENISE COTE
                                  United States District Judge